# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## McALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | Criminal No. M-11-3282-M |
| § | |
| GERARDO VILLARREAL § | |

### APPLICATION FOR WRIT OF HABEAS
### CORPUS AD PROSEQUENDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States Attorney, Kenneth Magidson, in and for the Southern District of Texas, and shows to the Court that GERARDO VILLARREAL, SO# F-875-11, is a defendant in the above-captioned case which currently is scheduled for initial appearance in the United States Magistrate Court for the Southern District of Texas in McAllen, Texas at 9:45 a.m. on December 22, 2011. GERARDO VILLARREAL currently is a prisoner of the State of Texas confined at the Hidalgo County Jail in Edinburg, Texas.

Petitioner further represents that the Sheriff in charge of the Hidalgo County Jail in Edinburg, Texas will release said prisoner to the custody of the United States Marshal for the Southern District of Texas or his duly authorized representative upon this writ with the agreement and understanding that after said prisoner, the defendant in the above-captioned case, has been duly discharged by the Court, he will be returned by the said United States Marshal into the custody of the Sheriff in charge of the Hidalgo County Jail in Edinburg, Texas, if said Sheriff so desires.

WHEREFORE, the United States prays that this Court issue an order directing the Clerk of the Court to issue a Writ of Habeas Corpus Ad Prosequendum to the Sheriff in charge of the Hidalgo

County Jail in Edinburg, Texas commanding said Sheriff to surrender said prisoner into the custody of the United States Marshal for the Southern District of Texas or his duly authorized representative in sufficient time for said prisoner to appear in the United States Magistrate Court for the Southern District of Texas in McAllen, Texas at 9:45 a.m. on December 22, 2011 for initial appearance.

Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

*s/CASEY N. MACDONALD*
CASEY N. MACDONALD
Assistant United States Attorney
New Jersey Bar No. 00795609
Fed. I.D. No. 596947
1701 West Highway 83, Suite 600
McAllen, Texas  78501
(956) 618-8010